# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

ALTON TRIBBLE

        Movant,

v.

        Case No. 3:16-10029
        Criminal Case No. 3:14-00062

UNITED STATES OF AMERICA,

        Respondent.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that Movant's motion to correct his Presentence Report, (ECF No. 34), be denied; the United States' renewed motion to dismiss, (ECF No. 41), be granted; and this action be dismissed, with prejudice, and removed from the docket of the Court. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **ORDERS** that Movant's motion to correct his Presentence Report, (ECF No. 34), be denied; the United States' renewed motion to dismiss, (ECF No. 41), be granted; and this action be dismissed, with prejudice, and removed from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

      ENTER:    October 19, 2018

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE